UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **NO. 1:05CR-16-M** |
| **DANNY M. DUKES** | **DEFENDANT** |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, Danny M. Dukes, by consent and with Patrick Bouldin, appointed Assistant Federal Defender, appeared in open court on October 18, 2005, and entered a plea of guilty to Counts 1 through 4 of the indictment with a plea agreement. The United States was represented by Jim Lesousky, Assistant United States Attorney. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Counts 1 through 4 of the indictment, and that the offenses charged is supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have sentence imposed accordingly. Sentencing is hereby scheduled for **January 17, 2006 at 9:00 a.m. CST** before the Honorable Joseph H. McKinley, Jr., United States District Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so. The defendant shall remain on his present bond pending the next court appearance..

October 19, 2005

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

| 1 | 00 |